UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MITCHELL KEITH GOODRUM,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>JOHN HENLEY, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:25-cv-00414-ART-CLB<br><br>ORDER |

In this habeas corpus action, in an order entered on September 22, 2025, the Court ordered the petitioner, Mitchell Keith Goodrum, who is represented by appointed counsel, to pay the $5 filing fee for the action or file an application to proceed *in forma pauperis* within 60 days—by November 21. (ECF No. 8.) On November 20, Goodrum filed a motion for extension of time, requesting a 60-day extension of that deadline, to January 20, 2026. (ECF No. 9.) On November 20, Goodrum also filed an application to proceed *in forma pauperis*. (ECF No. 10.)

Goodrum's *in forma pauperis* application is not on the correct form for an inmate at the Northern Nevada Correctional Center (NNCC), and it does not include the required financial certificate. The correct form *in forma pauperis* application would not require Goodrum to submit a financial certificate himself; it would authorize NNCC to submit the financial certificate.

The Court will deny the *in forma pauperis* application without prejudice, grant the motion for extension of time, and give Goodrum until January 20 to either pay the $5 filing fee or file an *in forma pauperis* application on the correct form for an inmate at NNCC.

It is therefore ordered that Petitioner's Application to Proceed *in Forma Pauperis* (ECF No. 10) is denied without prejudice.

It is further ordered that Petitioner's Motion for an Extension of Time (ECF No. 9) is granted. Petitioner will have until and including January 20, 2026, to pay the $5 filing fee for this action or file an application to proceed *in forma pauperis* on the correct form for an inmate at the Northern Nevada Correctional Center (NNCC). In all other respects, the schedule for further proceedings set forth in the order entered September 22, 2025 (ECF No. 8) remains in effect.

It is further ordered that the Clerk of the Court is directed to send to petitioner—petitioner himself, at NNCC—two copies of the form *in forma pauperis* application for an inmate at NNCC.

DATED THIS 24th day of November 2025.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE