UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MITCHELL KEITH GOODRUM,<br><br>    Petitioner,<br><br> v.<br><br>NORTHERN NEVADA<br>CORRECTIONAL CENTER, *et al.*,<br><br>    Respondents. | Case No. 3:25-cv-00414-ART-CLB<br><br>ORDER |

In this habeas corpus action, the petitioner, Mitchell Keith Goodrum, who is represented by appointed counsel, was due to file an amended habeas petition by December 22, 2025. (*See* ECF No. 8.) On December 22, 2025, Goodrum filed a motion for extension of time, requesting a 91-day extension, to March 23, 2026. (ECF No. 12.) Goodrum's counsel states that the extension is necessary because of the time necessary to obtain and organize the record and their need to meet with Goodrum. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay and that there is good cause for the requested extension. The Court will grant the extension of time as requested. In granting this extension of time the Court does not intend to affect, in any manner, the operation of any statute of limitations applicable to this case.

///
///
///
///
///
///
///

1

1    It is therefore ordered that Petitioner's Motion for an Extension of Time
2 (ECF No. 12) is granted. Petitioner will have until and including March 23, 2026,
3 to file an amended petition for writ of habeas corpus. In all other respects, the
4 schedule for further proceedings set forth in the order entered September 22,
5 2025 (ECF No. 8) remains in effect.

   DATED THIS 7th day of January 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE