UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MITCHELL KEITH GOODRUM,<br><br>                        Petitioner,<br><br>    v.<br><br>NORTHERN NEVADA<br>CORRECTIONAL CENTER, *et al.*,<br><br>                        Respondents. | Case No. 3:25-cv-00414-ART-CLB<br><br>ORDER |

In this habeas corpus action, the petitioner, Mitchell Keith Goodrum, who is represented by appointed counsel, has filed an application to proceed *in forma pauperis* (ECF Nos. 14, 16), and the Court has received from the Nevada Department of Corrections financial certificates showing the status of Goodrum's prison accounts (ECF No. 15). The information in the *in forma pauperis* application and the financial certificates shows that Goodrum is unable to pay the filing fee, so the Court will grant the *in forma pauperis* application.

It is therefore ordered that Petitioner's application to proceed *in forma pauperis* (ECF Nos. 14, 16) is granted. Petitioner is granted leave to proceed *in forma pauperis* and will not be required to pay the filing fee for this action.

DATED THIS 12th day of January 2026.

                                                              ANNE R. TRAUM
                                                              UNITED STATES DISTRICT JUDGE