UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MITCHELL KEITH GOODRUM,

                     Petitioner,

     v.

NORTHERN NEVADA
CORRECTIONAL CENTER, *et al.*,

                   Respondents.

Case No. 3:25-cv-00414-ART-CLB

ORDER

In this habeas corpus action, the petitioner, Mitchell Keith Goodrum, who is represented by appointed counsel, was due to file an amended habeas petition by May 22, 2026. (*See* ECF Nos. 8, 13, 19.) On May 20, 2026, Goodrum filed a motion for extension of time, requesting a 90-day extension, to August 20, 2026. (ECF No. 20.) Goodrum's counsel states that the extension is necessary to investigate the case properly. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay and that there is good cause for the requested extension. The Court will grant the extension of time as requested. In granting this extension of time, the Court does not comment upon, or affect in any manner, the operation of any statute of limitations applicable to this case.

///

///

///

///

///

///

///

1

It is therefore ordered that Petitioner's Motion for an Extension of Time (ECF No. 20) is granted. Petitioner will have until and including August 20, 2026, to file an amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the order entered September 22, 2025 (ECF No. 8) remains in effect.

DATED THIS 26th day of May 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2