UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MITCHELL KEITH GOODRUM<br>Petitioner,<br>v.<br>NORTHERN NEVADA CORRECTIONAL CENTER, ET AL.,<br>Respondents. | Case No. 3:25-cv-00414-ART-CLB<br>ORDER |

Petitioner Mitchell Keith Goodrum seeks an extension of time to file his first amended petition. ECF No. 22. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion.

It is therefore ordered Petitioner's Motion to Extend (ECF No. 22) is granted. Petitioner has until October 19, 2026, to file his first amended petition.

DATED THIS 23rd day of September, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE